# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MERSHAUN SCOTT,<br><br>   Plaintiff,<br><br>vs.<br><br>NICHOLAS & COMPANY FOODSERVICE, LLC,<br><br>   Defendant. | 2:20-cv-01865-KJD-NJK<br>**ORDER** |

This matter has been set for an Early Neutral Evaluation session on December 2, 2020, at 10:00 AM. (ECF No. 9). Due to rising COVID-19 cases, the Early Neutral Evaluation session will be conducted by video conference.

Accordingly,

IT IS ORDERED that the Early Neutral Evaluation session will be conducted by **video conference at 10:00 a.m., December 2, 2020, before U.S. Magistrate Judge, Cam Ferenbach**.

**It is responsibility of the parties to set-up and coordinate the video conference for the Early Neutral Evaluation session.** Each party may choose to use any video conference software/app to conduct the Early Neutral Evaluation session. The court will conduct simultaneous video conferences with each party during the Early Neutral Evaluation session and will need a separate video conference link from each party.

Each party must then send an invitation link for the Early Neutral Evaluation session to VCF_Chambers@nvd.uscourts.gov by November 24, 2020. Each party must contact chambers (702-464-

5540) by November 24, 2020 and be prepared to do a test run of the video conference with chambers on November 24, 2020.

All else as stated in the order setting the Early Neutral Evaluation session remains unchanged. (ECF Nos. 6 & 7).

DATED this 6th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE