1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Lynne K. McChrystal
   Nevada State Bar No. 14739
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email: deverie.christensen@jacksonlewis.com

6  *Attorneys for Defendant*
   *Nicholas & Company Foodservice LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERSHAUN SCOTT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NICHOLAS & COMPANY FOODSERVICE LLC, a domestic limited liability company; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01865-KJD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant NICHOLAS & COMPANY FOODSERVICE LLC ("Defendant"), by and through its counsel of record, and Plaintiff MERSHAUN SCOTT ("Plaintiff"), by and through his counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 23rd day of December, 2020.

| COUNSEL FOR PLAINTIFF | JACKSON LEWIS P.C. |
|---|---|
| *s/ Kaine Messer* | *s/ Lynne K. McChrystal* |
| Christian Gabroy, Bar #8805 | Deverie J. Christensen, Bar #6596 |
| Kaine Messer, Bar #14240 | Lynne K. McChrystal, Bar #14739 |
| 170 South Green Valley Pkwy, Ste 280 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED   December 28              , 2020.

_____
UNITED   STATES   DISTRICT   JUDGE

4836-3144-7509, v. 2